1  VANESSA L. HOLTON (111613)
   General Counsel
2  ROBERT G. RETANA (148677)
   Deputy General Counsel
3  SUZANNE C. GRANDT (304794)
4  Assistant General Counsel
   **OFFICE OF GENERAL COUNSEL**
5  **THE STATE BAR OF CALIFORNIA**
   180 Howard Street
6  San Francisco, CA  94105
7  Telephone: 415-538-2388
   Facsimile: 415-538-2321
8  Email: suzanne.grandt@calbar.ca.gov

9  Attorneys for Creditor The State Bar of California

10
                UNITED STATES BANKRUPTCY COURT
11
                 CENTRAL DISTRICT OF CALIFORNIA
12
                       LOS ANGELES DIVISION
13

14 | In re

15 |                                      | Case No.   2:15-bk-25089-NB
   | ARMEN JANIAN
16 |                                      | Chapter 7
   |     Debtor.
17 |
   |                                      | **CREDITOR THE STATE BAR OF
18 |                                      | CALIFORNIA'S OBJECTION TO
   |                                      | DEBTOR'S MOTION TO REOPEN
19 |                                      | CHAPTER 7 CASE TO ADD
20 |                                      | CREDITORS**

21 |                                      | HEARING DATE: May 1, 2018
   |                                      | TIME: 11:00 AM
22 |                                      | COURTROOM:  1545
   |                                      | LOCATION: 255 East Temple Street
23 |                                      |                Los Angeles, CA 90012
24 |                                      | JUDGE:  Honorable Neil W. Bason

25

26

27

28

Creditor THE STATE BAR OF CALIFORNIA ("Creditor" or "State Bar") hereby objects to the debtor Armen Janian's ("Debtor") motion to reopen his chapter 7 case to add creditors to the extent he seeks to discharge non-dischargeable debt owed to the State Bar. Debtor seeks to discharge "$10,990.60 . . . [in] Bar dues and fees and associated costs" owed to the State Bar. See debtor's *Motion to Reopen Chapter 7 Case to Add Creditors*, p. 4, Section B(17).

On August 29, 2014, Debtor was ordered to pay $9,052 in disciplinary costs, pursuant to a State Bar Court of California Hearing Department Order. *See Order Re: Respondent's Motion for Modification of Restitution and Costs* dated August 29, 2014, In the Matter of Armen Janian, Member No. 102747, A Member of the State Bar, attached as **Exhibit A** to the Declaration of Suzanne C. Grandt ("Grandt Decl."). Debtor's current balance of disciplinary costs is $5,431.20. *See* **Exhibit B** attached to Grandt Decl. As Debtor has made two of the five ordered payments on time, no interest has accrued on the balance as of this date. Debtor has not yet submitted his payment due on January 1, 2018, and he is now seeking to discharge the debt.

However, Debtor mischaracterizes the debt owed to the State Bar. The California legislature explicitly provided that disciplinary costs are "penalties" that are "payable to and for the benefit of the State Bar of California" to "promote rehabilitation and to protect the public." Cal Bus & Prof Code § 6086.10(e). Moreover, State Bar disciplinary costs are non-dischargeable under 11 U.S.C. § 523(7) which excepts from discharge any debt: "for a fine, ***penalty***, or forfeiture payable to and ***for the benefit of a governmental unit***, and is ***not compensation for actual pecuniary loss*** . . [.]." 11 U.S.C. § 523(a)(7) (emphasis added).

*In re Findley*, the Ninth Circuit incontrovertibly held that disciplinary costs imposed pursuant to Cal Bus & Prof Code § 6086.10 are non-dischargeable in bankruptcy. 593 F.3d 1048, 1049 (9th Cir. 2010).

1  Therefore, based on the foregoing, Debtor's bankruptcy case should not be reopened to

2  the extent it seeks to discharge a non-dischargeable debt owed to the State Bar.

3  Dated: April 25, 2018                              Respectfully submitted,

By: /s/ *Suzanne C. Grandt*
    Suzanne C. Grandt
    Attorney for Creditor
    The State Bar of California

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

180 Howard Street, San Francisco, CA 94105

A true and correct copy of the foregoing document entitled (*specify*): Creditor The State Bar of California's Objection to Debtor's Motion to Reopen Chapter 7 Case to Add Creditors
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/25/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David M. Goodrich (TR): dgoodrich@wgllp.com; c143@ecfcbis.com;
dgoodrich11@ecf.epiqsystems.com; lrobles@wgllp.com
Leon Nazaretian: leonlawoffice@sbcglobal.net
U.S. Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/25/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Neil W. Bason; U.S. Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/25/2018 | Charlotte Carlyle | /s/ Charlotte Carlyle |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                **F 9013-3.1.PROOF.SERVICE**